IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cr. No. 05-20030-02-M1 |
| vs. | ) | |
| | ) | |
| TIMOTHY R. FORREST, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE

Comes now the United States of America by and through its counsel, Terrell L. Harris, United States Attorney for the Western District of Tennessee, and files its motion for continuance of the arraignment from the present setting of Wednesday, May 25, 2005. Additional time is needed due to the fact that government counsel will be out of town. In addition, counsel for the defendant is scheduled to appear in Federal Court in Chicago on the same date. In the alternative, the parties suggest a date of June 21, 2005 for the arraignment. The parties are confident that a Rule 20 transfer to the Eastern District of Illinois can be accomplished by the suggested June 21, 2005 date. If, however, the Rule 20 is not accomplished, the parties will appear for arraignment in Federal Court in the Western District of Tennessee. Counsel for the defendant has been contacted and has no objection to this motion.

**MOTION GRANTED**
DATE: 05-25-05
S. Thomas Anderson
**S. Thomas Anderson**
**U.S. Magistrate Judge**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-26-05



Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: *Rae Oliver*
V. RAE OLIVER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#18831 Tennessee)

## CERTIFICATE OF SERVICE

I, V. Rae Oliver, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion to Continue has been mailed, first class postage pre-paid, to Neil H. Cohen, Esq., 2000 North Clifton Avenue, Chicago, Illinois 60614.

This 22nd day of May, 2005.

*Rae Oliver*
V. RAE OLIVER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT