IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) No. 05-20030-Ml |
| TIMOTHY R. FORREST, | ) |
| Defendant. | ) |

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

Before the court is the government's motion to continue arraignment set May 25, 2005. As grounds for the motion, the government states additional time is needed to determine if a Rule 20 transfer will be accomplished. In addition, counsel for defendant is scheduled to appear in federal court in Illinois on May 25, 2005. The defendant does not oppose the continuance. The court finds that the arraignment should be continued and that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The arraignment is therefore continued and reset to <u>Tuesday, June 21, 2005, at 9:30 a.m.</u> in Courtroom 6, 3rd Floor Federal Building, 167 North Main Street, Memphis, Tennessee.

The time period from May 25, 2005, through June 20, 2005, is excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

IT IS SO ORDERED this 23rd day of May, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT