# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION



FILED BY ___ D.C.

05 JUN 22 AM 8: 07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

TIMOTHY R. FORREST                                    05cr20030-Ml

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

Before the court is the government's oral motion to continue arraignment set June 21, 2005. As grounds for the motion, the government states additional time is needed to determine if a Rule 20 transfer will be accomplished. The defendant does not oppose the continuance. The court finds that the arraignment should be continued and that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is therefore ORDERED that the time period of __6/21/05__ through __7/6/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, JULY 6, 2005 AT 9:30 A.M. BEFORE MAGISTRATE JUDGE S. THOMAS ANDERSON.**

This __21__ day of __June__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __6/22/05__



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT