Case 2:05-cr-20030-JPM   Document 88   Filed 07/07/05   Page 1 of 2   PageID 108

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -7 AM 7: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

TIMOTHY R. FORREST                                    05cr20030-Ml

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

Before the court is the government's oral motion to continue arraignment set July 6, 2005. As grounds for the motion, the government states additional time is needed to determine if a Rule 20 transfer will be accomplished. The defendant does not oppose the continuance. The court finds that the arraignment should be continued and that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is therefore ORDERED that the time period of 7/6/05 through 7/20/05 be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, JULY 20, 2005 AT 9:30 A.M. BEFORE MAGISTRATE JUDGE DIANE K. VESCOVO.**

This 06th day of July, 2005.

_S/ Thomas Anderson_
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT