FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /ONB D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | 05 JUL 20 AM 11: 26 |
| v. | No. 05-20030 Ml -02 |
| Timothy Forrest | THOMAS M. GOULD<br>CLERK, U.S. DISTRICT COURT<br>W/D OF TN, MEMPHIS |

### ORDER CONTINUING ARRAIGNMENT AND
### SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The Defendant's counsel has notified the Court that in the interests of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), defendant's period of excludable delay may be granted if the ends of justice are served.

**The Arraignment is therefore continued and reset to Wednesday, 8-24-05 @ 9:30 a.m. in Courtroom # M-3, Federal Building, 167 N. Main Street, Memphis, Tennessee.**

It is therefore ORDERED that the time period of 7-20-05 through, 8-23-05 be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This 20th day of July, 2005.

Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-20-05

90

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT