IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                    No. 05-20030-M1

TIMOTHY FOREST

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

The government has notified the Court that in the interests of justice that this matter be continued. Pursuant to 18 U.S.C. §3161(h)(8)(A), defendant's period of excludable delay may be granted if the ends of justice are served.

The Court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

The arraignment is therefore continued and reset to Wednesday, October 19, 2005, at 9:30 a.m., in Room 338, 3rd Floor Federal Building, 167 N. Main Street, Memphis, Tennessee before Magistrate Judge Pham.

It is therefore ORDERED that the time period of September 21, 2005 through October 18, 2005 be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

This 21st day of September, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  9-22-05

104

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT