IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 OCT 19 PM 2: 26
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

TIMOTHY FORREST                                    05cr20030-Ml

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant's counsel this day notified the Court that in the interest of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

It is therefore ORDERED that the time period of _10/19/05_ through _11/23/05_ be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, NOVEMBER 23, 2005 AT 9:30 A.M. BEFORE MAGISTRATE JUDGE S. THOMAS ANDERSON.**

This _19_ day of _October_, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule __ and/or 32(b) FRCrP on _10-19-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT