FILED BY _Sm_ D.C.

05 NOV 23 AM 10: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA

v.

TIMOTHY R. FORREST                    05cr20030-2-Ml

---

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
### UNDER THE SPEEDY TRIAL ACT

---

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

It is therefore ORDERED that the time period of __11-23-05__ through __1-25-06__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

ARRAIGNMENT IS RESET TO WEDNESDAY, __Jan. 25__, 2006 AT __9:30 am__ A.M. BEFORE MAGISTRATE JUDGE __S. Thomas Anderson__.

This __23rd__ day of __November__, 2005.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule __ and/or 32(b) FRCrP on __11-28-05__

132

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 132 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT