FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

05 NOV 30 PM 4: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America

v.

Timothy R. Forrest

Case No. 05-20030-02-Ml

### CORRECTED ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The attorney for the United States has requested a continuance of this matter to pursue a possible Rule 20 transfer of the case. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(1)(G), a defendant may be granted a period of excludable delay resulting from any proceeding related to the transfer of a case.

IT IS THEREFORE ORDERED that the time period of November 23, 2005, through January 25, 2006 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while transfer proceedings are pending.

**A STATUS HEARING on Rule 20 proceedings is SET for Wednesday, January 25, 2006 at 9:30 a.m. before Magistrate Judge Diane Vescovo.** An ARRAIGNMENT, if appropriate, will be held at this time.

This 29th day of November, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on  12-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 137 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT